**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SEKOVE V. SADRIA, a.k.a. Jacobo Vodo Sadria,<br><br>            Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>            Respondent. | No. 10-72529<br><br>Agency No. A099-910-947<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Sekove V. Sadria, a native and citizen of Fiji, petitions pro se for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C.

§ 1252. We dismiss the petition for review.

---

     [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

     [**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Sadria's contention that his conviction for possession of a controlled substance qualified for treatment under the Federal First Offender Act, *see generally Ramirez-Altamirano v. Holder*, 563 F.3d 800, 806-08 (9th Cir. 2009), because it was not exhausted before the agency. *See Barron v. Ashcroft*, 358 F.3d 674, 677-78 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**